■ In the Matter of ANTHONY PERLONGO, Doing Business as SAFEWAY AUTO DRIVING SCHOOL, Petitioner, v. WILLIAM S. HULTS, as Commissioner of the Department of Motor Vehicles of the State of New York, Respondent.— Motion by petitioner, insofar as he seeks to add this proceeding to the calendar, granted; proceeding ordered on the calendar for the October Term, beginning October 1, 1962. The record and petitioner's brief shall be served and filed on or before July 23, 1962. Motion by petitioner to continue, pending this proceeding, the stay heretofore ordered by the Special Term, granted on condition that petitioner perfect the proceeding and be ready to argue or submit it at the said October Term. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

■ EMELENE RUSSO, an Infant, et al., Respondents, v. WILLIAM OLESCHUK, Appellant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before July 16, 1962. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ ANGELINA TICHIO, Also Known as ANGELINA LOMANGINO, Respondent, v. MARGARET MORGERO, Appellant.— Motion by appellant for a stay, pending appeal, granted on condition that appellant perfect the appeal and be ready to argue or submit it at the June Term, beginning May 21, 1962; appeal ordered on the calendar for said term. On the court's own motion, the appeal will be heard on the original papers (including the typed minutes) and on appellant's and respondent's typewritten briefs, which shall include a copy of the opinion, if any, of the court below. The appellant and respondent are directed to file six copies of their respective typewritten briefs and to serve one copy on each other. Appellant's brief must be served and filed on or before May 11, 1962. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ GILDA SCARINE, Respondent, v. PHILIP SCARINE, Appellant.— Motion by appellant to stay all proceedings pending appeal from an order denying his motion for change of venue, granted on condition that, effective immediately and during the pendency of this appeal, he shall pay to respondent the sum of $25 a week for her support; and on the further condition that appellant shall perfect the appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962; appeal ordered on the calendar for said term. This stay, however, shall not include the application referred to below. Cross motion by respondent for a counsel fee to oppose the appeal and this motion for a stay, denied without prejudice to an application for such counsel fee at Special Term, if respondent be so advised. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.